UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL VAN KANADA,<br><br>  Plaintiff,<br><br>  v.<br><br>FORD MOTOR COMPANY; GEWEKE FORD; and DOES 1 through 10, inclusive<br><br>  Defendants. | Case No. 2:24-cv-01280-WBS-JDP<br><br>District Judge: William B. Shubb<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Plaintiff MICHAEL VAN KANADA ("Plaintiff") accepted FORD MOTOR COMPANY's Offer of Judgment Pursuant to Fed. R. Civ. P. 68 July 1, 2024.

Accordingly, the Court enters JUDGMENT in favor of Plaintiff in the amount of $69,954.63, pursuant to the terms of the Rule 68 Offer.

**IT IS SO ORDERED.**

Dated:  July 9, 2024

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

**JUDGMENT**