# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

MICHAEL VAN KANADA,

    Plaintiff,

v.

FORD MOTOR COMPANY; and DOES 1 through 10, inclusive

    Defendants.

Case No.: 2:24-cv-01280-WBS-JDP

**ORDER GRANTING JOINT STIPULATION FOR ORDER TO CONTINUE PLAINTIFF'S MOTION FOR ATTORNEY'S FEES, COSTS, AND EXPENSES AND JURISDICTION**

On October 1, 2024, both Parties filed a Joint Stipulation to Continue Court's Jurisdiction Over Settlement filed by the parties.

The Court, having considered the Parties' Joint Stipulation and finding good cause therefore, hereby GRANTS the Joint Stipulation and ORDERS as follows:

1. The Joint Stipulation is Granted;
2. The Court continues the filing deadline of Plaintiff's Motion for Attorneys' Fees, Costs, and Expenses from October 7, 2024 to December 9, 2024; and
3. The Court retains Jurisdiction over the action until Plaintiff's fees, costs, and expenses are decided and funding satisfied.

IT IS SO ORDERED.

Dated: October 2, 2024

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE