**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL VAN KANADA, | Case No. 2:24-cv-01280-WBS-JDP |
| Plaintiff, | Hon. William B. Shubb |
| vs. | **ORDER** |
| FORD MOTOR COMPANY; and DOES 1 through 10, inclusive | |
| Defendants. | |

 **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Plaintiff MICHAEL VAN KANADA ("Plaintiff") and Defendant FORD MOTOR COMPANY have agreed FORD MOTOR COMPANY will pay $13,000.00 to resolve Plaintiff's attorneys' fees, costs, and expenses.

Accordingly, the Court hereby enters an ORDER for Defendant to pay Plaintiff $13,000.00 to resolve attorneys' fees, costs, and expenses. Payment is to be made to counsel for Plaintiff by January 29, 2025. After satisfaction of payment, Plaintiff will dismiss this case with prejudice within 10 business days against all parties.

**IT IS SO ORDERED.**

Dated:  October 31, 2024

_____

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE